IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   **Criminal No.**  08-69-002 Erie |
| | ) |
| **MELVIN E. SCHRECENGOST,** | ) |
| **Defendant** | ) |
| | ) |

## PLEA

Defendant, Melvin E. Schrecengost being arraigned, pleads GUILTY to Count One (1) this 15th day of January, 2009

_____
**MELVIN E. SCHRECENGOST, Defendant**

_____
Damon C. Hopkins, Attorney for Defendant