MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

U.S.A )
)
)
)
)
Vs. )  NO. CR 08-69 ERIE
)
Melvin E Schrengost )
)
)
Defendant. )

HEARING ON Sentencing

Before Judge Sean J. McLaughlin

Date: June 3, 2009

Marshall Piccinini, AUSA          Damon Hopkins,

_____        _____
Appear for Government              Appear for Defendant

Hearing begun 3pm                  Hearing adjourned to 343pm

Hearing concluded C.A.V. ____      Stenographer B Buch
                                   Clerk A Kierzel

TOL 29 C H IV
121-151 ; NLT 5                    WITNESSES:
15,000 - 4,000,000                 Sealed testimony taken in Chambers.
$100 SA for each count

Δ Sentenced 50 mths; 5 years S.R.
fine Waived ; $100. SA.
J a C to follow

Court Recommends FCI McKean, Self Report as notified by Court.